STASAN, INC., Richard Blumberg,
Plaintiffs–Appellants,

v.

ARTER & HADDEN, L.L.P.,
Defendant–Appellee.

No. 05–10842.

United States Court of Appeals,
Eleventh Circuit.

March 9, 2006.

Eric Allan Lee, Lee & Amtzis, P.L., Boca Raton, FL, for Plaintiffs–Appellants.

Anastasia I. Kokotis, Miami, FL, David Charles Pollack, Fort Lauderdale, FL, for Defendant–Appellee.

Before BIRCH and MARCUS, Circuit Judges and MILLS,* District Judge.

PER CURIAM:

After careful consideration of the record, the briefs of the parties, having entertained oral argument and a review of the Order of the Honorable Kenneth A. Marra, United States District Judge, dated 27 January 2005, we find no error in that order. Accordingly, the judgment of the district court is AFFIRMED.